```
                                                    FILED
                                                 May 17, 2012
         UNITED STATES DISTRICT COURT          CLERK, US DISTRICT COURT
                                                EASTERN DISTRICT OF
        FOR THE EASTERN DISTRICT OF CALIFORNIA      CALIFORNIA
                                                   DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
                                  )    CASE NUMBER: 2:12-mj-00125-GGH
        Plaintiff,     )
v.                               )    ORDER FOR RELEASE
                                  )    OF PERSON IN CUSTODY
JAKE WESTERMAN,     )
                                  )
        Defendant.    )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Jake Westerman</u>; Case <u>2:12-mj-00125-GGH</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      ___   Release on Personal Recognizance

      ___   Bail Posted in the Sum of _____

      _X_   Unsecured Appearance Bond in the amount of $50,000.00; co-signed by defendant's mother, Pamela Williams

      ___   Appearance Bond with 10% Deposit

      ___   Appearance Bond secured by Real Property

      ___   Corporate Surety Bail Bond

      _X_   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>5/17/2012</u> at <u>3<sup>20</sup></u>.

By  _/s/ Kendall J. Newman_____
     Kendall J. Newman
     United States Magistrate Judge