FILED
May 17, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) CASE NUMBER: 2:12-mj-00125-GGH
Plaintiff, )
v. ) ORDER FOR RELEASE
) OF PERSON IN CUSTODY
JAKE WESTERMAN, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Jake Westerman</u>; Case <u>2:12-mj-00125-GGH</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of _____

X  Unsecured Appearance Bond in the amount of $50,000.00; co-signed by defendant's mother, Pamela Williams

__ Appearance Bond with 10% Deposit

__ Appearance Bond secured by Real Property

__ Corporate Surety Bail Bond

X  (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at  <u>Sacramento, CA</u>  on  <u>5/17/2012</u>  at  3<sup>20</sup>.

By _____
Kendall J. Newman
United States Magistrate Judge